

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00070-CV

_____

IN RE: THE COMMITMENT OF TERRY HORNBUCKLE

On Appeal from the 372nd District Court
Tarrant County, Texas
Trial Court No. D372-S-14054-18

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

On March 6, 2023, we received a document entitled "Notice of Appeal Pursuant to Provisions of §[ ]841.146, Texas Health [and Safety] Code." That same day, we sent the parties a letter informing them that we had received a copy of the notice of appeal in this case but that it appeared that the notice of appeal was premature because the trial court judge had not signed an order. *See* Tex. R. App. P. 26.1(a), 27.1. We gave the parties reasonable time to correct the defect in the record, *see* Tex. R. App. P. 44.3, 44.4(a)(2), but did not receive a signed order.

We sent the parties a second letter on May 12, 2023, informing them that upon review of the record, it appeared that the trial court judge had sent the parties an emailed letter ruling on "Respondent's Unauthorized Petition for Release" and had asked the State's attorney to prepare an order for the judge to sign. We further stated that this order is not contained in the clerk's record, however, and that the trial court clerk had informed this court that no order was ever signed. We permitted the parties another opportunity to correct the defect in the record, giving them until June 1, 2023, to furnish this court a signed copy of the order that Appellant seeks to appeal. *See* Tex. R. App. P. 44.3, 44.4(a)(2). We stated that if no order was signed and furnished by that date, this appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

The deadline has passed, and we have not a received a signed copy of a final judgment or appealable order. We thus dismiss the appeal for want of jurisdiction.

2

*See* Tex. R. App. P. 42.3(a), 43.2(f); *see Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that an appellate court has jurisdiction over appeals from final judgments and from certain interlocutory orders made appealable by statute).

Per Curiam

Delivered:  June 29, 2023